ROPERS, MAJESKI, KOHN & BENTLEY
GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
201 Spear Street, Suite 1000
San Francisco, CA  94105-1667
Telephone:     (415) 543-4800
Facsimile:      (415) 972-6301
E-mail:          gweickhardt@rmkb.com
                      wkrog@rmkb.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., erroneously
sued herein as CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY J. SANDELIUS & KEVIN DAY,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CHASE BANK USA, N.A.,<br><br>Defendant. | CASE NO.  2:09-CV-1177-FCD-DAD<br><br>**ORDER GRANTING DISMISSAL OF COMPLAINT WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal of Complaint with Prejudice dated

September 16, 2009, the Court hereby dismisses the above-entitled action with prejudice.

**IT IS SO ORDERED:**

DATED: September 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

RC1/5382623.1/AB7

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco